# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Flor Medina, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PracticeMax Incorporated,<br><br>    Defendant. | No. CV-22-01261-PHX-DLR |
| Robert Hogsed,<br><br>    Plaintiffs,<br><br>v.<br><br>PracticeMax Incorporated,<br><br>    Defendant. | No. CV-22-01286-PHX-DJH |
| Katherine Witkowski,<br><br>    Plaintiffs,<br><br>v.<br><br>PracticeMax Incorporated,<br><br>    Defendant. | No. CV-22-01387-PHX-ROS |
| Justin Knox,<br><br>    Plaintiffs,<br><br>v.<br><br>PracticeMax Incorporated,<br><br>    Defendant. | No. CV-22-01455-PHX-SPL<br><br>**ORDER** |

The Court has considered Plaintiffs' unopposed motion to consolidate *Hogsed v. PracticeMax Incorporated*, Case No. CV-22-1286-PHX-DJH (Doc. 14); *Witkowski v. PracticeMax Incorporated*, Case No. CV-22-1387-PHX-ROS (Doc. 13); and *Knox v. PracticeMax Incorporated*, Case No. CV-22-1455-PHX-SPL (Doc. 9) with *Medina, et al. v. PracticeMax Incorporated*, Case No. CV-22-01261-PHX-DLR. (Doc. 15.) There being no opposition, and for good cause shown;

**IT IS ORDERED** that the motion to consolidate (Doc. 15 in CV-22-01261-PHX-DLR) is **GRANTED**. Cases CV-22-1286-PHX-DJH, CV-22-1387-PHX-ROS, and CV-22-1455-PHX-SPL shall be consolidated under the earlier-filed cause number, CV-22-01261-PHX-DLR, pursuant to Rule 42(a) of the Federal Rules of Civil procedure. All future filings shall be made under the lead case number CV-22-01261-PHX-DLR.

**IT IS FURTHER ORDERED** setting the following deadlines:

1. Plaintiffs shall file a Consolidated Complaint within 20 days of this Order.
2. Defendant shall file its response to Plaintiffs' Consolidated Complaint within 30 days of the Consolidated Complaint's filing.
3. Plaintiffs shall have 30 days to respond to any motion Defendant may file.
4. Defendant shall have 15 days to file a reply in support of any motion it may file.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to terminate case nos. CV-22-1286-PHX-DJH, CV-22-1387-PHX-ROS, and CV-22-1455-PHX-SPL. All deadlines in these terminates cases shall be vacated, and any pending motion or stipulation shall be terminated as moot.

Dated this 11th day of October, 2022.

Douglas L. Rayes
United States District Judge